Receipt #
11089084

12/18/09 ag

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
      UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 393.53 IN 2 CHECKS
 CHECK #  14828 FOR $262.87
 CHECK #  14829 FOR $130.66
Representing unclaimed funds.

DATED: 12-16-2009

                              S/ ALBERT J. MOGAVERO

                    ALBERT J. MOGAVERO
                    TRUSTEE


FILED DEC 2 9 2009 BANKRUPTCY COURT BUFFALO, N.Y.

| Check Number | Last Name | Case # | Amount of Check | Name of Creditor/Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 844318 | ROWE | 0700837 | 249.00 | CHAPTER 7 TRUSTEE/07-00837 | C/O CAHPTER 7 TRUSTEE | MARK SCHLANT | UNKNOWN NY | 14202 |
| 844326 | HIGGINS | 0813414 | 5.01 | CHAPTER 7 TRUSTEE/08-13414 | C/O CHAPTER 7 TRUSTEE | JOHN RING | UNKNOWN NY | 14202 |
| 844696 | SAND | 0700092 | 0.95 | CITIBANK, TR FOR STUDENT LOA | CITIBANK (SD) NA | 701 E 60TH STREET NORTH | SIOUX FALLS SD | 57117 |
| 848843 | STEPNEY | 0413475 | 7.91 | UNIVERSITY EMERGENCY MEDIC C/O MERCANTILE ADJ BUREAU | P.O. BOX 9016 | | WILLIAMSVILLE NY | 14231 |
| 849509 | WALL | 0511073 | 5.00 | KEVIN & BRENDA WALL | 135 61ST STREET | | NIAGARA FALLS NY | 14304 |
| 849512 | ROSS | 0511611 | 5.00 | EULA L ROSS | 43 GOULDING AVENUE | | BUFFALO NY | 14208 |
| 849515 | POLEON | 0512610 | 21.92 | THOMAS & SUSAN POLEON | 68 ASHTON PLACE | | BUFFALO NY | 14220 |
| 849537 | PANARO JR | 0592577 | 9.34 | LAURA J PANARO JR | 9455 ZIMMERMAN ROAD | | BOSTON NY | 14025 |
| 849546 | SAND | 0700092 | 1.81 | STEPHEN J SAND | 237 EVERGREEN DRIVE | | TONAWANDA NY | 14150 |
| 849549 | ISHMAEL | 0701422 | 5.00 | TAMARA & RICHARD ISHMAEL | 21 SOUTH LYON STREET | | BATAVIA NY | 14020 |
| 849557 | LUCAS | 0704983 | 51.18 | CASSANDRA LUCAS | 183 EASTON AVENUE | | BUFFALO NY | 14215 |
| 849559 | DELGADO | 0810873 | 5.00 | MICHAEL & KIMBERLY DELGADO | 115 W. WATER ST. | | OLEAN NY | 14760 |
| 849562 | BRYAN | 0812076 | 5.00 | WILLIAM & DARLA BRYAN | P.O. BOX 116 | | ANDOVER NY | 14806 |
| 849564 | MYERS | 0812701 | 2.89 | KEVIN & PATRICIA MYERS | 48 ALBEMARLE STREET | | BUFFALO NY | 14207 |
| 849566 | LEMON, SR. | 0812822 | 5.97 | LEE E LEMON, SR. | 183 EASTON AVENUE | | BUFFALO NY | 14215 |
| 849570 | JENKINS | 0814592 | 5.00 | JUEROY JENKINS | 233 LORING AVENUE | | BUFFALO NY | 14214 |
| 849574 | BARNES | 0910048 | 5.00 | PAUL L BARNES | 152 65TH STREET | | NIAGARA FALLS NY | 14304 |
| 849477 | FEARS | 0410232 | 2.55 | ROSE FEARS | 231 OXFORD, BUFFALO, NY 14209 | | | |

Case 1-08-12076-CLB    Doc 54    Filed 12/29/09    Entered 12/31/09 12:09:33    Desc Main Document    Page 2 of 2